**Electronically Filed
Supreme Court
SCWC-24-0000298
17-JUL-2026
08:25 AM
Dkt. 26 ODAC**

SCWC-24-0000298

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

LINDSAY N. McANEELEY,
Respondent/Petitioner-Appellee,

vs.

DOREEN FUKUSHIMA,
Petitioner/Respondent-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000298; CASE NO. 1DSS-24-0000308)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ., and
Circuit Judge Wong, assigned by reason of vacancy)

Petitioner/Respondent-Appellant Doreen Fukushima's application for writ of certiorari filed on May 20, 2026, is rejected.

DATED:  Honolulu, Hawaiʻi, July 17, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Paul B.K. Wong

